UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

VRENI BÜCHEL-RÜEGSEGGER,
as the duly appointed personal representative
of the Estate of Georg Büchel,

        Plaintiff,

        v.        Case No. 06-C-544

JOHN GEORG BÜCHEL,

        Defendant.

# FINAL JUDGMENT

This action came on for Summary Judgment before the Court, Honorable Aaron Goodstein, Magistrate Judge. The Court, having reviewed and considered the briefs, affidavits, pleadings and other papers filed by the parties, and being otherwise well and fully advised, entered a Decision and Order granting Plaintiff's Motion for Summary Judgment on July 16, 2007 which is incorporated herein.

**IT IS ORDERED AND ADJUDGED:**

1. For the reasons set forth in the Court's July 16, 2007 Decision and Order, the Plaintiff's, **VRENI BÜCHEL-RÜEGSEGGER**, Motion for Summary Judgment is granted and Defendant's, **JOHN GEORGE BÜCHEL**, Motion for Summary judgment is denied; there being no genuine issue of material fact and the Plaintiff therefore being entitled to Judgment on the Complaint as a matter of law.

2. That Judgment is entered on Plaintiff's Complaint in favor of the Plaintiff, **VRENI BÜCHEL-RÜEGSEGGER**, as the duly appointed personal representative of the Estate of Georg Büchel, against the Defendant, **JOHN GEORGE BÜCHEL**, in the sum of 150,000 Swiss Francs, and interest thereon from the date of conversion, May 21, 2004[1], at a rate of 5.00% pursuant to Wis. Stat. § 138.04. [2]

3. That Plaintiff **VRENI BÜCHEL-RÜEGSEGGER** is entitled to post judgment interest pursuant to 28 U.S.C. § 1961, and her costs of this action.

Dated this 4th day of September, 2007.

BY THE COURT:

s/AARON E. GOODSTEIN
United States Magistrate Judge

---

[1] The Court finds the date of conversion to be May 21, 2004 the day the defendant denied payment following the Swiss court's determination of the Estate's lawful ownership of the assets at issue in this action.

[2] Entitlement to prejudgment interest is governed by the law of the state whose law determines liability. *Agfa-Gevaert, A.G. v. A.B. Dick Co.*, 879 F.2d 1518, 1525 (7th Cir. 1989). The amount of interest equals 20.55 Swiss Francs per diem.